**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.   CASE NO: 8:24-cr-165-CEH-SPF

MARCO GAUDINO

_____

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge (Doc. 22) entered April 22, 2024, to which there has been no objection and the 14-day objection period has expired, the plea of guilty of Defendant Gaudino is now accepted and Defendant Gaudino is adjudged guilty of Count One of the Information.

**Sentencing is scheduled for July 23, 2024, at 1:30 PM before the undersigned.**

**DONE and ORDERED** in Tampa, Florida this 10th day of May 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services