UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:24-cr-165-CEH-SPF

MARCO GAUDINO

### *UNOPPOSED* MOTION
### TO CONTINUE SENTENCING

The United States of America, pursuant to Fed. R. Crim. P. 45(b), moves to continue defendant Marco Gaudino's sentencing hearing from November 14, 2024, until on or after Monday, February 17, 2025, as convenient for this Court. In support of this unopposed motion, the United States submits as follows:

1. On April 22, 2024, defendant Gaudino, pursuant to a plea agreement with the United States, pleaded guilty to Count One of an Information charging him with engaging in a conspiracy from in or around February 2022, and continuing through May 2023, in violation of 18 U.S.C. § 371. Docs. 1 and 9. The guilty plea was accepted by this Court on May 10, 2024. Doc. 24. The Court has presently scheduled the defendant's sentencing hearing for November 14, 2024. Doc. 31.

2. As part of Gaudino's plea agreement, Doc. 9, he agreed to cooperate fully and truthfully with the United States in the investigation and prosecution of others involved in the conspiracy. In that regard, the defendant has been cooperating with the United States and has participated in multiple interviews related to the charged conduct.

3.  On May 31, 2024, the United States filed a *Notice of Related Case*, in which the United States identified a related case which charges Gaudino's co-conspirator, Timothy Burke, for his role in the conspiracy. Doc. 27. That case is *United States v. Timothy Burke*, Case No. 8:24-cr-68-KKW-TGW (the "Burke Case").

4.  Trial in the Burke Case is now scheduled for the January 2025 trial term and is expected to require approximately two weeks.

5.  It is believed by the undersigned that defendant Gaudino's cooperation and substantial assistance may be beneficial to the United States in preparing for the January 2025 trial scheduled in the Burke Case. The requested continuance will therefore allow the defendant to complete his cooperation before sentencing, which will enable the United States to better determine his level of substantial assistance for any appropriate motion pursuant to USSG §5K1.1. In addition, the requested continuance of the sentencing hearing to a date following the trial for the other conspirator should enable this Court to fully evaluate the benefit to the United States of defendant Gaudino's substantial assistance at the time of his sentencing hearing.

6.  The United States has discussed the substance of this motion with the defendant's counsel, Adam Allen, who has no objection to the motion.

## MEMORANDUM OF LAW

A motion for a continuance of a proceeding is committed to the sound discretion of the Court. Thus, the Court, for cause shown, may at any time in its discretion order a period enlarged if a request is made prior to the expiration of the

period originally prescribed. Fed. R. Crim. P. 45(b). The sentencing hearing for the defendant is currently scheduled to occur on November 14, 2024. This motion, which is unopposed, is therefore timely. Moreover, it is not made for the purpose of unnecessary delay. It is made in good faith and will not prejudice the rights of any party.

## **CONCLUSION**

WHEREFORE, the United States requests this Court to continue the sentencing hearing in this case from November 14, 2024, until on or after Monday, February 17, 2025, as convenient for this Court.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 0802093
400 North Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-Mail: jay.trezevant@usdoj.gov

U.S. v. Marco Gaudino                                                Case No. 8:24-cr-165-CEH-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Adam Allen, Esq.

By:   */s/Jay G. Trezevant*  
       Jay G. Trezevant  
       Assistant United States Attorney