**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                    Case No. 8:24-cr-165 CEH-SPF

**MARCO GAUDINO**
_____/

**UNOPPOSED MOTION FOR CONTINUANCE OF
SENTENCING HEARING SET ON FEBRUARY 20, 2025**

**COMES NOW**, the Defendant, MARCO GAUDINO, through undersigned counsel and pursuant to Local Rule 3.09, and hereby moves this Honorable Court for its Order continuing the sentencing hearing scheduled for February 20, 2025, until after the specially set June 9, 2025 trial of his coconspirator, Timothy Burke (Case No. 8:24-cr-68-KKM-TGW). As grounds in support thereof, Mr. Gaudino states:

1.  On April 22, 2024, Mr. Gaudino, an autistic 24-year-old first time offender, entered a guilty plea to a One Count Information charging him with Conspiracy to Unlawfully Access a Protected Computer, to Unlawfully Intercept a Wire, Oral, and Electronic Communication, and to Unlawfully Disclose or Endeavor to Disclose a Wire, Oral, and Electronic Communication, in violation of 18 U.S.C. §371. Docs. 1, 9, 15.

2.  On May 10, 2024, this Court accepted Mr. Gaudino's guilty plea and

adjudicated him guilty. Doc. 24. Mr. Gaudino who is on pretrial release and residing with his mother on the West Coast of the United States, sentencing hearing is scheduled for February 20, 2025, at 11:00 a.m. Doc. 37.

3. The conspiracy for which Mr. Gaudino has entered a guilty plea relates to his involvement with his coconspirator, Timothy Burke, a Tampa based journalist, who was Indicted on February 15, 2024, in part based upon Mr. Gaudino's cooperative efforts with law enforcement. *See United States v. Timothy Burke*, Case No. 8:24-cr-68-KKM-TGW.

4. As part of his plea agreement, Mr. Gaudino has agreed to continue to cooperate with the government against his coconspirator, Timothy Burke. Doc. 9. The trial of Mr. Burke has recently been specially set to commence before the Honorable Kathryn Mizelle on June 9, 2025. *Id.* As contemplated by the terms of his plea agreement, Mr. Gaudino will be a material witness for the government at Mr. Burke's June 9, 2025 trial.

5. Mr. Gaudino seeks a continuance of his February 20, 2025 sentencing hearing in order to fulfill his cooperation obligations as contemplated by his plea agreement, specifically hoping to earn a "substantial assistance" motion from the government in exchange for his truthful testimony at his coconspirator's June 9, 2025 trial.

6. It is respectfully requested that Mr. Gaudino's February 20, 2025

sentencing hearing be continued by this Court until July 2025, or any date thereafter deemed reasonable by this Court. Such a continuance will provide Mr. Gaudino the opportunity to testify at his coconspirator's June 9, 2025 trial and for the government to assess Mr. Gaudino's cooperative efforts, and if appropriate, seek approval to file a substantial assistance motion pursuant to U.S.S.G. §5K1.1

7. While Mr. Gaudino's cooperative efforts could be recognized by the Government through the filing of a Rule 35(b) motion following his sentencing hearing, it is anticipated that notwithstanding Mr. Gaudino's lack of any prior criminal history, his young age at the time of his offense, and his autism, that his advisory guideline imprisonment range will still recommend a term of imprisonment. It is highly likely, that the filing of a U.S.S.G. §5K1.1 motion at the time of sentencing by the Government could be the difference between Mr. Gaudino's guidelines recommending a term of imprisonment as opposed to non-incarceration sentencing options. Mr. Gaudino is hopeful this Court will continue his sentencing hearing until after he has completed his testimony at his coconspirators June 9, 2025 trial in hopes of having the most favorable advisory guideline imprisonment range at the time of sentencing.

8. Undersigned counsel has consulted with Assistant United States Attorney Jay Trezevant, who represents the government, and he has advised that the government has no objection to the requested continuance and joins in the requested

continuance.

9. Mr. Gaudino has no prior criminal history, has entered a guilty plea to a nonviolent offense, and is in full compliance with his pretrial release conditions. A continuance of his sentencing hearing will not endanger the public.

## **MEMORANDUM OF LAW**

Local Rule 3.09 provides that a continuance may be allowed by order of the Court for good cause shown. It is respectfully submitted that good cause has been shown for granting the requested continuance. It is respectfully suggested that such a continuance would not be an abuse of this Court's discretion and would be in the interests of justice.

**WHEREFORE**, the Defendant, MARCO GAUDINO, respectfully moves this Honorable Court to enter an Order continuing his sentencing hearing from its scheduled date of February 20, 2025, until July 2025 or any date thereafter deemed appropriate by this Court.

DATED this 8th day of January 2025.

        Respectfully submitted,

        A. FITZGERALD HALL, ESQ.
        FEDERAL DEFENDER

        */s/ Adam B. Allen*
        Adam B. Allen, Esq.
        Florida Bar No.0998184
        Assistant Federal Defender
        400 North Tampa Street
        Suite 2700
        Tampa, Florida 33602
        Telephone:  (813) 228-2715
        Facsimile:    (813) 228-2562
        Email:  adam_allen@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

    AUSA Jay Trezevant

        */s/ Adam B. Allen*
        Adam B. Allen
        Assistant Federal Defender