# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:24-cr-165-CEH-SPF

MARCO GAUDINO
_____

## ORDER

This cause came on for consideration upon the Joint Motion to Continue Sentencing (Doc. 44), filed by the United States on May 16, 2025, in which the parties seek a continuation of the sentencing hearing in this case from July 3, 2025, until on or after Monday, September 29, 2025. In support of the motion, the parties submit that Defendant has been cooperating with the United States, has participated in multiple interviews related to the charged conduct, and his substantial assistance may be beneficial to the Government in preparing for his co-conspirator Timothy Burke's trial in Case No. 8:24-cr-68-KKM-TGW, which has been rescheduled from June 9, 2025, to a date-certain on September 8, 2025, and is expected to take approximately two to three weeks to try. The parties argue that a continuance will allow Defendant to complete his cooperation before sentencing and enable the United States to better determine his level of substantial assistance for any appropriate motion pursuant to USSG §5K1.1. In addition, the parties contend that the requested continuance of the sentencing hearing to a date following the trial for the co-conspirator should enable this Court to fully evaluate the benefit to the United States of Defendant's substantial

assistance at the time of the sentencing hearing. The Court has been advised that Defense counsel, AFPD Adam Allen, joins in the motion on behalf of Defendant Gaudino. Having considered the matter, the Court will deny the parties' joint request to continue the sentencing hearing.

A review of the docket reveals that on April 22, 2024, Defendant pled guilty pursuant to a written plea agreement to Count One of the Information, which charged him with engaging in a conspiracy to commit acts against the United States from in or around February 2022, and continuing through May 2023, in violation of 18 U.S.C. § 371 (Doc. 15). On May 10, 2024, the Court accepted Defendant's plea, adjudicated him guilty, and scheduled a sentencing hearing for July 23, 2024 (Doc. 24). This is the fourth request to continue Defendant's sentencing hearing in this case. The first request for a continuance was granted exactly one year ago on June 4, 2024, and Defendant's sentencing hearing was continued from July 23, 2024 to November 14, 2024 (Doc. 30). The second request for a continuance was granted on October 2, 2024, and Defendant's sentencing hearing was continued from November 14, 2024 to February 20, 2025 (Doc. 36). And the third request for a continuance was granted on January 17, 2025 after the Court held a hearing on the matter, and Defendant's sentencing hearing was continued from February 20, 2025 to July 3, 2025 (Doc. 42). In the last two Orders granting a continuance (Docs. 36 and 42), the Court rescheduled the sentencing and noted: "Counsel is advised that it is unlikely that the Defendant's sentencing hearing will be continued again because of Defendant's cooperation. To the extent the Defendant provides substantial assistance after he is sentenced, the

United States may file a motion pursuant to Rule 35, Fed. R. Crim. P." For this reason, the current motion to continue is **DENIED**.

Accordingly, it is now,

**ORDERED:**

1. The parties' Joint Motion to Continue Sentencing (Doc. 44) is **DENIED**.

2. Defendant's sentencing hearing on July 3, 2025, at 11:00 a.m. will proceed as scheduled.

**DONE AND ORDERED** in Tampa, Florida, on June 5, 2025.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
   Counsel of Record
   United States Probation
   United States Pretrial Services