UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 8:24-cr-165 CEH-SPF

MARCO GAUDINO
_____/

**UNOPPOSED MOTION FOR RECONSIDERATION OF COURT'S JUNE 5, 2025 ORDER DENYING JOINT MOTION TO CONTINUE SENTENCING**

**COMES NOW**, the Defendant, MARCO GAUDINO, through undersigned counsel and pursuant to Local Rule 3.09, and moves this Honorable Court for its Order reconsidering its June 5, 2025 Order (Doc. 45) denying the parties Joint Motion to Continue the July 3, 2025 sentencing hearing (Doc. 44). As grounds in support thereof, Mr. Gaudino states:

1. On April 22, 2024, Mr. Gaudino, an autistic 25-year-old first time offender, made his initial appearance and entered a guilty plea to an Information charging him with Conspiracy to Unlawfully Access a Protected Computer, to Unlawfully Intercept a Wire, Oral, and Electronic Communication, and to Unlawfully Disclose or Endeavor to Disclose a Wire, Oral, and Electronic Communication, in violation of 18 U.S.C. §371. Docs. 1, 9, 15.

2. On May 10, 2024, this Court accepted Mr. Gaudino's guilty plea and adjudicated him guilty. Doc. 24. Mr. Gaudino, who is on pretrial release and residing

with his mother on the West Coast of the United States, sentencing hearing is scheduled for July 3, 2025, at 11:00 a.m. Doc. 43.

3. The conspiracy for which Mr. Gaudino has entered a guilty plea relates to his involvement with his coconspirator, Timothy Burke, a Tampa based journalist, who was Indicted on February 15, 2024, in part based upon Mr. Gaudino's cooperative efforts with law enforcement. *See United States v. Timothy Burke*, Case No. 8:24-cr-68-KKM-TGW.

4. As part of his plea agreement, Mr. Gaudino has agreed to continue to cooperate with the government against his coconspirator, Timothy Burke, which would include testifying as a material witness for the Government at Mr. Burke's September 8, 2025 date certain trial. Doc. 9.

5. Mr. Gaudino, who committed his offense when he was 21 years old, has no prior criminal history and has never previously been arrested. The victims of his and Mr. Burke's unlawful access of protected computers is Fox News Corporation and LiveU. LiveU has alleged that they have suffered a loss of $681,654.00. Similarly, Fox News Corporation has alleged that they suffered a loss of $711,359.

6. Given the alleged combined loss figure of $1,393,013 as well as other guideline enhancements, the United States Probation Office has suggested that the now 25-year-old autistic Mr. Gaudino is facing an advisory guideline imprisonment

2

range of 37 – 46 months.  Doc. 40.

7. Counsel for Mr. Gaudino has objected to the loss figures claimed by Fox News Corporation and LiveU and has requested a line-item accounting from both victims, which has not yet been received from the Government. At present undersigned counsel anticipates a contested sentencing hearing as to the claimed victims' loss figures.[1]

8. While the guidelines are advisory, for Mr. Gaudino receiving a substantial assistance motion from the Government which will lower his advisory imprisonment range is imperative given his youth, lack of sophistication, and Autism related impaired social skills which are likely to adversely affect him during any period of imprisonment.

9. This Court correctly observed in its recent Order denying the Joint Motion to Continue that Mr. Gaudino's sentencing has been continued three times and that Mr. Gaudino's future substantial assistance can be addressed post sentencing by way of Rule 35(b) motion from the Government.  Doc. 45.

---

[1] As noted at the January 17, 2025 hearing on the parties' previous motion to continue which was granted by this Court, the Government anticipates that the loss figures would be resolved during Mr. Burke's trial elevating the need for this Court to resolve that issue at a contested sentencing hearing for Mr. Gaudino, thus saving this Court valuable judicial resources.

10. The concerns raised in this Court's Order denying the parties' joint motion to continue, are similar concerns raised by this Court at the January 17, 2025 hearing on the parties' previous motion to continue. Doc. 41. At that hearing, after hearing from the parties, this Court concluded that the unique circumstances raised by Mr. Gaudino and the Government warranted continuing Mr. Gaudino's sentencing until after he completed his "substantial assistance" by testifying at Mr. Burke's then set June 9, 2025, sentencing hearing. Docs. 41, 42.

11. The only changed circumstances from the January 17, 2025 hearing on the parties' previous motion to continue Mr. Gaudino's sentencing until after Mr. Burke's trial is that over the Government's objection Mr. Burke persuaded Judge Mizelle to continue his trial from June 9, 2025 to September 8, 2025.

12. Mr. Gaudino waived grand jury indictment. Doc. 3. At his initial appearance on April 22, 2024, he entered a guilty plea to an Information. Docs. 1, 5, 9. While his sentencing hearing has been continued three times as he awaits the opportunity to testify against his coconspirator, because he entered a guilty plea at his initial appearance his case has only been on this Court's docket for 14 months. Docs. 15, 28, 30, 36, 38, 42.

13. Given the complexity of his and Mr. Burke's offense, 14 months is a relatively short period. By comparison his coconspirator case has been active for 16 months with his trial set to commence 4 months in the future, on September 9, 2025.

14. While Mr. Gaudino has moved to continue his sentencing three times so he can receive the full benefit of his bargain with the Government, Mr. Gaudino certainly had no control over when the Government elected to file the Information in his case, the number of times Mr. Burke would succeed in continuing his trial over the Government's objection, nor by consequence the length of time his case has been active on this Court's docket.

15. Counsel is fearful that Mr. Gaudino will be adversely affected at his sentencing hearing because of factors beyond his control which has caused the need for his sentencing hearing to be continued so he could place himself in the best light to receive full credit for his future truthful cooperative efforts. Given his current advisory sentencing range the full benefit of the Government's "substantial assistance" motion could make the difference between an advisory range calling for sentencing options which provide for alternatives to imprisonment and one that recommends several years of imprisonment.

16. It is for these reasons alone, which are driven by undersigned counsel's ethical obligations to place his client in the best possible position at the time of sentencing, that undersigned counsel has taken the extraordinary step of moving this Court to reconsider its Order denying the parties Joint Motion to Continue Mr. Gaudino's sentencing hearing to a date after the completion of Mr. Burke's September 9, 2025 date certain trial.

17. Mr. Gaudino has no prior criminal history, has entered a guilty plea to a nonviolent offense, and is in full compliance with his pretrial release conditions. A continuance of his sentencing hearing will not endanger the public and will place Mr. Gaudino in a position to receive the full benefit of his bargain with the Government and in a position to hopefully receive a sentencing range which provides for alternatives to imprisonment.

18. Undersigned counsel has communicated with Assistant United States Attorney, Jay Trezevant, who represents the Government in this matter, and has advised the Government does not oppose and joins in the requested relief.

**WHEREFORE**, the Defendant, MARCO GAUDINO, respectfully moves this Honorable Court to reconsider its June 5, 2025 Order denying the parties Joint Motion to Continue and to continue his sentencing hearing until after the completion of his coconspirators September 9, 2025 sentencing hearing.

DATED this 6th day of June 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER
*/s/ Adam B. Allen*
Adam B. Allen, Esq.
Florida Bar No.0998184
Assistant Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: adam_allen@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of June 2025, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Jay Trezevant

*/s/ Adam B. Allen*
Adam B. Allen, Esq.
Assistant Federal Defender