## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                            **Case No. 8:24-cr-165-CEH-SPF**

**MARCO GAUDINO**

_____/

## SENTENCING MEMORANDUM IN SUPPORT OF A
## NON-INCARCERATION SENTENCE

COMES NOW, the Defendant, MARCO GAUDINO, through undersigned counsel and pursuant to U.S.S.G. §§ 5H1.1, 5K1.1, and 18 U.S.C. § 3553(a), files this Sentencing Memorandum moving this Court to grant the government's "substantial assistance" motion and to further depart and/or vary and impose a non-incarceration sentence. As grounds in support, Marco Gaudino states:

## FACTUAL AND PROCEDURAL HISTORY

Marco Gaudino is a 26-year-old, autistic, often bullied, introverted, and socially awkward young adult suffering from anxiety and depression who lives in a two-bedroom mobile home with his mother outside of Seattle, Washington. Timothy Burke is a highly educated, sophisticated, and socially prominent Tampa-based digital journalist in his 40's residing across the country with his councilwoman wife in their South Tampa home. While in his early 20's, Marco Gaudino was befriended

1

over the internet by Timothy Burke. Their odd couple online relationship led to them unlawfully obtaining previously unaired footage, which Burke later leaked to the media, of musician and celebrity Kanye West expressing antisemitic views during an interview with former Fox News host and celebrity Tucker Carlson.[1]

The question presented for this Court is, under the 18 U.S.C. § 3553(a) factors, whether a non-incarceration sentence is "sufficient but not greater than necessary" given Marco Gaudino's youth, nonviolent first-time offender status, and autism-driven involvement with Timothy Burke, a sophisticated digital journalist coconspirator, in their joint effort to unlawfully access and release the previously unaired West/Carlson video footage?

### History and Characteristics of Marco Gaudino

Marco Gaudino was born on May 6, 1999, in Seattle Washington, to John Gaudino and Marian Becker Gaudino. PSR ¶61. Marco was mute until he was two

---

[1] *See Kanye West Spews More Antisemitic Conspiracy Theories in Leaked Tucker Carlson Footage*, Los Angeles Times, Oct. 11, 2022, located at https://www.latimes.com/entertainment-arts/music/story/2022-10-11/kanye-west-tucker-carlson-antsemitism. In this leaked video footage, West made an assortment of antisemitic remarks, including that he'd rather his kids learn about Hanukkah instead of Kwanzaa because the former holiday would come with some "financial engineering," and comparing Black people judging one another on their "whiteness" to "a Jewish person judging another Jewish person on how good they danced." He tried to clean it up by saying the metaphor was a bad example, before adding, "I probably want to edit that out." West among other outlandish comments also pushed the notion that reproductive healthcare organization Planned Parenthood was created by Margaret Sanger and the KKK to control the "Jew population."

years old and has always walked on the tips of his toes. PSR ¶70. He has also always struggled with social behaviors such as eye contact, facial expressions, and emotional reciprocity. *Id*.

Marco's father, a primary care physician, abandoned his special needs son before he could talk and has played a *de minimis* role in his life. PSR ¶62. When his parents divorced, Marco was raised by his mother with infrequent and inconsistent weekend visits with his father. *Id*. At 10, when Marco's father stopped paying court-ordered child support, all contact with his deadbeat dad ended. *Id*. As a child, Marco recalls his parents constantly arguing and his father being a "know it all" and "full of himself" who tried to hide his financial assets to avoid paying child support. *Id*.

Unlike his highly educated father, Marco's mother does not possess advanced degrees and struggled financially as a single mother. PSR ¶61. Marco and his mother share an enmeshed yet loving relationship; despite being 26 years old, Marco still lives at home in his mother's two-bedroom mobile home. *Id*. Marco's mother who suffers from a debilitating back injury requiring the use of an implanted pain pump to manage her daily pain often depends on Marco to help her with physical tasks. PSR ¶¶61, 63. She is employed as a magazine retailer, where her job duties include restocking magazines at convivence and grocery stores. Id.

Due to his social awkwardness, as a child, Marco had no friends, dealt with significant bullying, and was often called stupid by his peers. PSR ¶¶64, 70. While

3

in school, Marco was placed in classes for children with severe impairments where he struggled socially and academically. *Id*. Marco did not participate in sports or other social activities and stayed home a lot. *Id*. After enduring years of bullying, Marco barely graduated from high school with a 1.49 GPA. PSR ¶74. During those formative years, Marco was never interested in engaging with others socially and was only interested in technology and computers; he spent his time alone in his room on his computer. PSR ¶¶64, 70.

Marco's interest in computers continued to grow after high school graduation. He attended community college where he tried to learn a trade in computer repair, but he struggled academically and dropped out after the first year due to a lack of interest with a 1.81 GPA. PSR ¶75. Today, Marco has no specialized training in computers, but he is self-taught, comfortable online, and driven by his high functioning, yet often obsessive, traits. PSR ¶31.

Due to his early childhood muteness, his social awkwardness, and his academic struggles, it was always speculated that Marco was on the autism spectrum, but he was never tested for fear by his mother of him being labeled different. PSR ¶69. During the pendency of this case, Marco was finally tested and diagnosed with autism spectrum disorder (ASD), high functioning with adjustment

disorder and depressed mood, by Dr. Steven Tutty, Ph.D. PSR ¶71.[2]

High functioning autistic individuals, like Marco, experience challenges with social interaction and often engage in repetitive behaviors or interests.[3] They tend to possess average to above average intelligence, but struggle with understanding social cues, forming friendships, and adapting to change. *Id*. Other common symptoms include sensory sensitivity, intense focus on specific interest, and difficulty with executive functions like planning and organization. *Id*.[4] Signs of "high functioning autism" include:

> Delayed speech, fear of social situations, a tendency to avoid eye contact, troubling deviating from routine or adapting to changes, trouble making friends and maintaining social relationships or not fitting in with peers, may often interrupt or speak over others, may become obsessive over their hobbies or interests, difficulty sharing with others and maybe thought of as shy, toe walking or other unusual movement patterns, speaking in a monotone voice or using abnormal tone or pitch when speaking, frequent stimming (unusual repetitive patterns of behaviors), trouble with fine motor skills such a writing with pencils or pens, unaware of personal space, inability to perceive danger or ulterior motives in everyday life, excellent memory, inability to self-regulate emotions especially when overstimulated which may lead to meltdowns or tantrums, and are often uncomfortable with or confused

---

[2] *See* Dr. Tutty's September 7, 2023, Report, which has been filed under seal separately with this Court.

[3] *See High Functioning Autism Checklist*, Thriving Wellness Center, at https://www.thrivingwellnesscenter.com/blog/highfunctioningautismchecklist.

[4] For Marco, he has had a deep, narrow, and obsessive interest in music and television, which has provided him a sense of joy and focus but has also led to difficulties shifting his attention to other areas.

by small talk, joking, or sarcasm.

*Id.*

While on pretrial release, Marco has been participating in mental health counseling and is prescribed Lexapro and Vistaril to manage his depression and anxiety. PSR ¶69. Together with medication management, Marco participates in regular counseling sessions to learn daily tools to manage his autism spectrum related symptoms. *Id*. While in treatment, Marco has expanded his social skills and, for the first time in his life, has obtained and maintained employment in the television department at a large national electronics retailer where he earns around $1,500 a month. PSR ¶77.[5]

Despite being bullied in school and struggling academically, Marco avoided substance abuse, school disciplinary issues, and contacts with the juvenile or adult criminal justice systems. PSR ¶¶54-60, 72-74. While on pretrial release (since April 22, 2024), Marco has complied with all conditions of release and, through mental health counseling, has refined his social skills. PSR ¶¶11, 54-60. Rather than spend every moment behind his computer screen, Marco can now engage with coworkers and customers as part of his part-time employment. *Id*.

While Marco has otherwise lived a law-abiding life, it is his youthful risk-

---

[5] Marco has worked in the T.V. department since November 2024 and uses the money he earns to help his mother with their household expenses. PSR ¶¶77, 79.

taking behavior and obsessive online collecting of television, music, and sports-related materials (all ASD-related behaviors) that contributed to the criminal conduct bringing him before this Court. PSR ¶¶54-60.

### Facts and Circumstances Surrounding Marco and Burke's Nonviolent Offense Conduct

In early October 2022, Kanye West, a popular musician and celebrity, was interviewed by then-Fox News host and conservative celebrity commentator, Tucker Carlson.[6] On October 6, 2022, only portions of that interview were aired publicly by Fox News. *Id*. Within a week of the interview, on October 11, 2022, unaired portions were leaked to media sources in which West spewed antisemitic views that went silently unchallenged by Carlson.[7] Following the leak, an internal Fox News investigation was conducted to determine the source of the leak. PSR ¶31.

Fox News turned over its findings to the FBI, which resulted in two search warrants being executed in May 2023: one at a home in South Tampa where digital journalist and media consultant, Timothy Burke, resided with his councilwoman

---

[6] *Tucker Carlson: Is Kanye West Crazy? You be the Judge.* FoxNews.Com, October 6, 2022, located at https://www.foxnews.com/transcript/tucker-carlson-kanye-west-crazy-judge.

[7] *Watch the Disturbing Kanye Interview Clips that Tucker Carlson Did Not Put on the Air*, VICE News, by Anna Merlin, October 11, 2022, located at https://www.vice.com/en/article/kanye-west-tucker-carlson-leaked-footage-antisemitism-fake-children/.

wife; and another 3,000 miles away at a two-bedroom mobile home near Seattle, Washington where introverted and autistic 22-year-old Marco Gaudino lived with his mother.[8] All computer devices from both residences were seized and searched. *Id*.

During the execution of the Washington search warrant, a scared Marco Gaudino expressed a desire to cooperate with the FBI, and upon appointment of counsel, truthfully disclosed his and Burke's involvement in obtaining the leaked West/Carlson antisemitic video footage. In contrast, after the FBI raids, Burke went public with the news of the search of his and his wife's residence and undertook a public campaign to try to discredit the investigation.[9]

After the searches, it was discovered that Marco was obsessed with anything related to music, television, and sports; he had consequently amassed an incredibly large digital collection stored on his computer devices of obscure materials he had

---

[8] *Councilwomen's Claims FBI Search of Family Home was Related to Husband's Work as a Journalist, ABC Action News, Jada Williams*, May 9, 2023, located at https://www.abcactionnews.com/news/region-hillsborough/fbi-searches-tim-burke-and-lynn-hurtaks-home-monday. *Washington Man Charged in Conspiracy with Florida Journalist, Fox News Leak*, TheDesk.Net, Mathew Keys, April, 23, 2024, located at https://thedesk.net/2024/04/marco-gaudino-eyewitnesszunes-timothy-burke-charged/.

[9] *Seven Months After FBI Raid, Journalist Tim Burke, Fights For His Day in Court*, WMNF, December 19, 2023, located at https://www.wmnf.org/seven-months-after-fbi-raid-journalist-tim-burke-fights-for-his-day-in-court/.

collected over his lifetime.[10] It was further discovered that Timothy Burke, like Marco, was also obsessed with obscure internet-based materials although for vastly different reasons.

On the one hand, Burke was a digital journalist and media consultant with a specialty in sports and viral digital media known for his video and GIF clips highlighting unusual and off-kilter sports and news moments. PSR ¶13.[11] He has worked for *Deadspin* and the *Dailey Beast*. *Id*. Burke's obsession with obscure news and sports material was thus driven out of his journalistic profession, a desire for social media popularity, and financial gain. *Id*.

Marco, on the other hand, was compelled into collecting as a symptom of his mental health disorder.[12] Socially awkward, unable to make eye contact or appropriate facial expressions and living with an inability to engage in emotional

---

[10] It is common for individuals on the autism spectrum to exhibit strong attachment to objects and collections, sometimes leading to hoarding. This can relate to various factors including sensory sensitives, a desire for predictability, and difficulties with executive functions. Collecting and arranging items can help autistic individuals feel in control of their environments and create a sense of order and predictability. *Autism and Hoarding Understanding the Connection*, Autism Parenting Magazine, Jeremy Brown, Jan. 20, 2025, located at https://www.autismparentingmagazine.com/autism-and-hoarding/.

[11] *See* https://en.wikipedia.org/wiki/Tim_Burke_(journalist).

[12] *See Autism and Hoarding Understanding the Connection*, Autism Parenting Magazine, Jeremy Brown, Jan. 20, 2025, located at https://www.autismparentingmagazine.com/autism-and-hoarding/.

reciprocity, Marco holed up in his bedroom obsessively searching online for materials he could add to his collection and sometimes internet-chatting with like-minded individuals. PSR ¶¶66, 70. Marco's ASD-related barriers to socializing mattered less online. While on the internet, hidden behind his computer screen, Marco created a small network of individuals who shared similar interests in music, television, and sports. He never met them in person and never spoke with them over the phone, but he considered them his closest friends.

Marco barely graduated high school, could not handle community college, and instead just obsessively stored, categorized, and maintained his obscure digital collection on his computer hard drives. PSR ¶¶74-75. Burke, however, holds a bachelor's degree, a master's degree, and is pursing doctoral studies at the University of South Florida.[13] He also published the materials he uncovered online. He famously co-authored the 2013 *Deadspin* story that exposed Notre Dame linebacker and Heisman hopeful, Manti Te'o, as a victim of internet "catfishing."[14] And while working for the *Dailey Beast*, Burke released an influential and widely shared video

---

[13] *See* https://en.wikipedia.org/wiki/Tim_Burke_(journalist).

[14] "Catfishing" is the act of deceiving someone into a false online relationship by creating a fake online persona. This fake identity is often used to manipulate the victim, potentially for financial gain, to establish intimacy, or simply to deceive and manipulate. *See* https://en.wikipedia.org/wiki/Catfishing.

clip of Sinclair Broadcasting anchors reading identical news scripts.[15] Burke has garnered a wide following across multiple social media platforms where he regularly posts video clips and liberal-leaning commentaries.[16]

But the two had one thing in common—they spent a lot of time online foraging for interesting content. And this shared interest created a virtual bond. From Marco's perspective he had found a like-minded "online friend" with similar passions. From Burke's perspective he found a journalistic source for the obscure materials he made a career out of posting and publishing on his social media accounts or in digital news stories.

The two never met in person and never talked on the phone, but from February 2022 through May 2023, while communicating through Twitter instant messenger, Marco and Burke together gained unauthorized access to several protected computers containing sports and news-related content. PSR ¶¶22-26. After using compromised credentials to gain unauthorized access to the NBA's FTP password protected computer server and TSN's FTP password protected computer server, on August 22, 2023, Burke and Marco used compromised CBS News credentials to

---

[15] https://en.wikipedia.org/wiki/Tim_Burke_(journalist).

[16] Tim Burke has over 150,000 followers on X (formerly Twitter), 54,755 followers on Instagram, and 16,000 followers on Facebook. *See Google Search*, "Tim Burke social media followers."

gain unauthorized access to LiveU Inc.'s password protected computer server, which provided them unfettered access to live and in-studio news feeds being streamed across the internet from hundreds of broadcasting companies around the world. PSR ¶¶17, 26, 28.

LiveU's streaming system offered a preview function that enabled its broadcasting customers to access and review, at a lower resolution, video content being live streamed across its matrix for quality assurance and other business-related purposes. PSR ¶¶16-17. The LiveU Matrix was designed to transmit encoded video feeds to prevent public access and enable only point-to-point access through a secured password protected website by only LiveU customers. PSR ¶17.

Once Burke and Marco figured out the LiveU Matrix encoding algorithm they had the ability to watch and record any live or in-studio video feed from all the LiveU broadcasting customers, including Fox News. Of the many live feeds watched and recorded, Burke and Marco recorded the Kanye West-Tucker Carlson October 6, 2022, interview during which West espoused antisemitic comments and views that went silently unchallenged by Carlson. PSR ¶¶25-27.

Fox News aired only portions of the West-Tucker interview, and intentionally

chose not to air West's antisemitic views.[17] Four days later, Burke, realizing that Fox News had intentionally omitted West's antisemitic comments, and in exchange for financial compensation, released the previously unaired antisemitic video footage to Vice News, who in turn released it to the public. PSR ¶27.[18]

Following the unauthorized public release of the unaired portion of the West-Tucker interview, Fox News conducted an international investigation to determine how the unaired footage became public. Its findings were turned over to the FBI, which ultimately led investigators to the computer IP address at Burke's and Marco's mother's residences and the eventual search and seizure of their computer devices. During the FBI raid, Marco immediately expressed a desire to cooperate with the FBI's investigation and, through counsel, has cooperated fully with the government.

Based in part on Marco's cooperative efforts, on February 15, 2024, Burke was charged by indictment. *See United States v. Timothy Burke*, 8:24-cr-68-KKM-TGW. Marco waived grand jury indictment, and on April 22, 2024, he entered a

---

[17] *Tucker Carlson: Is Kayne West Crazy? You be the Judge.* FoxNews.Com, October 6, 2022, located at https://www.foxnews.com/transcript/tucker-carlson-kanye-west-crazy-judge.

[18] *Watch the Disturbing Kanye Interview Clips that Tucker Carlson Did Not Put on the Air*, VICE News, by Anna Merlin, October 11, 2022, located at https://www.vice.com/en/article/kanye-west-tucker-carlson-leaked-footage-antisemitism-fake-children/.

guilty plea, pursuant to a written plea agreement containing a cooperation provision, to a single count information charging him with participating in a conspiracy alongside Burke, including unlawfully accessing a protected computer, intercepting wire, oral, and electronic communications, and intentionally disclosing those unlawfully obtained wire, oral, and electron communications, in violation of 18 U.S.C. § 371. PSR ¶4. On May 10, 2024, this Court accepted his guilty plea and adjudicated him guilty. *Id.*

Meanwhile, Burke has vigorously challenged the charges and is scheduled for trial on September 9, 2025, at which time, consistent with his plea agreement, Marco will truthfully testify as a material witness for the government. The sentencing hearing in this cause is scheduled for August 6, 2025, at 1:30 p.m. Doc. 48.

## GUIDELINES CALCULATION

The Presentence Investigation Report has correctly determined Marco Gaudino's total offense level to be 21. PSR ¶¶35-52. With no prior arrests or convictions, Marco has zero criminal history points and is a Criminal History Category I offender. PSR ¶¶54-60. With a Criminal History Category I and total offense level 21, Marco's advisory guideline imprisonment range recommends a term of imprisonment between 37 and 46 months, which in light of his extraordinary

history and characteristics is excessive. PSR ¶82.[19]

## REQUEST FOR A NON-INCARCERATION SENTENCE

Given the mitigating history and characteristics of Marco Gaudino, his cooperative efforts, as well as the facts and circumstances of the nonviolent nature of his offense, a non-incarceration sentence (1 to 5 years of probation), will be "sufficient but not greater than necessary" to accomplish the purposes of sentencing enumerated under 18 U.S.C. § 3553(a).

Marco is a 26-year-old nonviolent first-time offender who experienced a difficult childhood where he suffered paternal abandonment, poverty, early childhood mutism, relentless school bullying, a lack of peer friendships, and undiagnosed autism-related social awkwardness and obsessive collecting behaviors. Despite these difficult childhood circumstances, Marco avoided substance abuse, juvenile delinquency, and school disciplinary issues. He overcame significant academic struggles when he graduated from high school with a 1.49 GPA.

Other than his online activity with Timothy Burke when he was 21 to 22 years old, Marco has lived an otherwise law-abiding life with no prior contacts with the

---

[19] It is anticipated that prior to sentencing the government will file U.S.S.G. § 5K1.1 "substantial assistance" motion seeking at least a 2-level downward departure. If granted by this Court, a 2-level departure would result in an advisory range of 30 to 37 months.

juvenile or adult criminal justice system. His nonviolent offense was driven by his autism-related obsessive collecting habits and not out of financial gain or an intent to cause financial and reputational harm to Fox News, LiveU, West, or Carlson. His offense occurred during Marco's early 20's, a well-documented time when young individuals are generally more impulsive, risk-seeking, and more susceptible to outside influences as their brains continue to develop into adulthood.[20]

Despite the ASD-driven circumstances and his young age at the time of his offense, it cannot be disputed that his unlawful conduct of accessing protected computers, in concert with Burke, caused a significant investigative and remedial cost to LiveU Inc. and Fox News Corporation, which combined resulted in over one million dollars in remedial cost. Fox News Corporation is a $24.23 billion dollar

---

[20] *See A Social Neuroscience Perspective on Adolescent Risk Taking*, National Library of Medicine, Lawerence Steinberg, May 27, 2008, located at https://pmc.ncbi.nlm.nih.gov/articles/PMC2396566/#:~:text=Risk%2Dtaking%20increases%20between%20childhood,of%20the%20brain's%20dopaminergic%20system. Young people often engage in risk-taking behavior because of ongoing brain development, specifically development in areas related to impulse control and emotional regulation, which combines with heightened sensitivity to rewards and peer influence to sometimes lead to criminal behavior.

corporation[21] and LiveU is worth over $400 million dollars,[22] so the remedial and investigative costs here are thus proportionately minor in relationship to the wealth of each entity. Even so, it cannot be disputed that Marco's and Burke's unlawful accessing of protected computers, even for journalistic purposes, is a serious offense warranting both punishment and deterrence.

At the same time, given Marco's status as an autistic first-time offender who lived a law-abiding life for the 21 years before his offense conduct and for several years following his offense conduct, a term of imprisonment of any length is greater than necessary to accomplish the § 3553(a) purposes of sentencing. Becoming a convicted felon and being saddled with over a one-million-dollar restitution obligation will adversely affect Marco for the rest of his life. This is especially true given his limited earning potential and that his offense conduct was not committed for financial gain.

---

[21] As of July 2025, Fox Corporation has a market cap of $24.23 Billion USD. https://companiesmarketcap.com/foxcorporation/marketcap/#:~:text=Market%20ca p:%20$24.23%20Billion%20USD,much%20a%20company%20is%20worth.

[22] In May 2019 LiveU had an evaluation of $200 million and in July 2021, Carlyle Group acquired LiveU from the Francisco Partners for over $400 million. *See* https://www.liveu.tv/company/press-releases/carlyle-to-acquire-liveu-to-further-accelerate-global-growth#:~:text=LiveU%2C%20the%20leader%20in%20live,in%20partnering%20 with%20technology%20businesses.

Since his offense conduct, Marco has taken significant rehabilitative steps by cooperating with the government, returning to living an otherwise law-abiding life, entering a timely guilty plea, curbing his online activities, and participating in life-changing mental health counseling. Since his offense conduct, which ended over three years ago, Marco has stepped out from behind his computer screen for the first time in his life and obtained (and maintained) employment that has financially contributed to his mother's monthly expenses.

Under these circumstances, it is respectfully suggested that a term of imprisonment, or even home detention, is unnecessary to address the seriousness of Marco's out-of-character criminal behavior, to deter him from future criminal conduct, or to generally deter others. The extensive media coverage of Marco and Burke's arrest and federal charges will be as effective at general deterrence as imposing a term of imprisonment on a youthful and autistic first-time nonviolent offender.

Here, a term of community supervision will reasonably protect the public from any future criminal conduct by Marco, however improbable that might be. Marco's pre- and post-offense conduct illustrates that he is at a very low risk to reoffend, and a community supervision sentence will effectively deter him from future criminal conduct as his risk of reoffending will decrease as he ages into full adulthood.

18

Marco is a bright, respectful young man born on the autism spectrum who has suffered from anxiety and depression throughout his life. Due to his ASD-related social awkwardness he was bullied extensively in school, could not develop any friendships, and retreated behind a computer screen where he could hide his social awkwardness and find limited social interactions. As with many high-functioning individuals on the autism spectrum, he developed obsessive collecting habits, which in his case related to collecting obscure music, sports, and television-related digital materials he gathered from the internet.

His obsessive interest in those materials brought him in online contact with Timothy Burke, a Tampa-based digital media journalist with a financial and career driven interest in similar obscure and off-kilter digital media he could publish or post on his social media platforms. Where Burke's offense conduct was driven by financial gain and fame, Marco's aberrational offense conduct was driven by his autism-related symptomology and by youthful impulsive risk-taking behavior. As observed by the Sentencing Commission:

> Certain risks factors may affect a youthful individual's development into the mid-20's and contribute to involvement in the criminal justice systems, including environment, adverse childhood experiences, substance use, lack of educational opportunities, and familial relationships. In addition, youthful individuals generally are more impulsive, risk-seeking, and susceptible to outside influences as their brains continue to develop into young adulthood. Youthful offenders are amenable to rehabilitation.

> The age-crime curve, one of the most consistent findings in
> criminology, demonstrates that criminal behavior tends to decrease
> with age. Age-appropriate interventions and other protective factors
> may promote desistance from crime. Accordingly, in an appropriate
> case, the court may consider whether a punishment other than
> imprisonment might be sufficient to meet the purposes of sentencing.

U.S.S.G. § 5H1.1.

Here, given Marco's young age and autism spectrum related history and
characteristics, a downward departure under U.S.S.G. §§ 5H1.1 and 5K1.1, and the
imposition of a punishment other than imprisonment meets the purposes of
sentencing. Because of youthful indiscretion, impulsivity, and autism spectrum
related obsessive collecting habits, Marco engaged in unlawful conduct encouraged
by and in concert with a significantly older and more sophisticated coconspirator.
Marco's choices have cost him dearly by causing him to become a convicted felon
and saddling him with crippling financial debt. Marco deeply regrets his criminal
behavior, and he has attempted to mitigate his wrongs through his cooperative
efforts. As expressed by Marco during his presentence interview:

> *I accept responsibility for what I did; it was a dumb mistake. I wish I*
> *had not done it at all and would have stayed out of trouble. I regret it.*
> *I apologized to everyone for this, and I want to get on the right track. I*
> *don't want to touch anything like this again and stay out trouble.*

PSR ¶34.

Despite everything, Marco's involvement in the federal criminal justice
system has led to positive improvements in his life. For the first time he now has a

diagnosis to explain his lifetime of social awkwardness and obsessive collecting behaviors, and through medication management and counseling he is learning the tools to cope with his depression, anxiety, and autism related symptomology. Marco no longer spends his entire day and night hiding behind his computer screen in his bedroom and has obtained and maintained part-time employment where he is learning to live in society by interacting with his co-workers and customers.

Marco hopes this Court will exercise its wisdom and mercy by declining to impose a term of imprisonment that will be exceedingly punitive given his autism and by allowing him, consistent with § 3553(a)(2)(D), to continue his life-changing treatment in the community.[23]

---

[23] Individuals with autism face significant challenges within the correctional system due to their unique neurological differences, which can lead to misunderstanding, miscommunication, and mistreatment. These challenges stem from sensory sensitivities, difficulties with social interaction, and struggles with understanding complex rules and social cues, all of which are exacerbated by the often chaotic and unpredictable environment of jails and prisons. See *Autism and the Prison Experience,* Psychology, Walter Pavlo, September 4, 2024, located at https://www.prisonology.com/blog/autism-and-the-prison-experience#:~:text=In%20a%20prison%20setting%2C%20offenders,inmates%20are%20not%20clearly%20defined. People with ASD in prison are bullied and extorted, ostracized by peers because of their weird behaviors, tics, and social awkwardness, and cannot discern the sorts of sarcasm, nuanced conversation, and mixed messages that might be necessary to avoid dangerous situations. People with ASD cannot understand, adapt, and abide by the unwritten rules the inmates impose, which creates an even more dangerous environment.

WHEREFORE, the Defendant, MARCO GAUDINO, respectfully moves this Honorable Court to grant the government's "substantial assistance" motion and to further depart and/or vary and impose a non-incarceration sentence of probation— between 1 and 5 years—with restitution imposed joint and several with Timothy Burke.

DATED this 30th day of July 2025.

Respectfully submitted,

FITZGERALD HALL, ESQ.
ACTING FEDERAL DEFENDER

/s/ Adam B. Allen
Adam B. Allen, Esq.
Assistant Federal Defender
Florida Bar No. 0998184
Office of the Federal Defender
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:  (813) 228-2715
Email:  Adam_Allen@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 30th day of July 2025, a true copy of the

foregoing was filed with the Clerk of the Court using the CM/ECF system, which

will send a notice of the electronic filing to:

    AUSA Jay Trezevant
    AUSA Adam Duso

                              */s/ Adam B. Allen*
                              Adam B. Allen, Esq.
                              Assistant Federal Defender