UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:24-cr-165-CEH-SPF

MARCO GAUDINO

### MOTION BY THE UNITED STATES FOR DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE BASED UPON SUBSTANTIAL ASSISTANCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, the United States moves this Court to grant a two-level reduction in the defendant's offense level, and in support thereof states as follows:

### MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant Marco Gaudino, provided truthful and timely information to the United States, which substantially benefited and expedited the United States' investigation into an incredibly complex factual scenario. Further, said truthful information assisted the United States in securing an indictment against Timothy Burke (Case No. 8:24-cr-68-KKM-TGW), who has been charged with a multi-object conspiracy to violate 18 U.S.C. §§ 1030 (fraud and related activity in connection with computers) and 2511 (interception and disclosure of wire and electronic communications), and with related substantive counts.

The United States believes that, because of his truthful and substantial efforts on behalf of the United States, Marco Gaudino should receive a two-level reduction in his offense level for his assistance.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:  /s/ Jay G. Trezevant
Jay G. Trezevant
Assistant United States Attorney
Florida Bar No. 0802093
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: jay.trezevant@usdoj.gov

/s/ Adam J. Duso
Adam J. Duso
Assistant United States Attorney
Florida Bar No. 1026003
400 N. Tampa St., Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Email: adam.duso@usdoj.gov

U.S. v. Marco Gaudino  Case No. 8:24-cr-165-CEH-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Adam Allen, AFPD

*/s/ Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney