UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:24-cr-165-CEH-SPF

MARCO GAUDINO
_____/

DEFENSE MITIGATION WITNESS LIST

The Defendant, MARCO GAUDINO, intends to call the following person as a witness during sentencing in the above-styled cause:

1. Marian Becker Gaudino

DATED this 5th day of August 2025.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
ACTING FEDERAL DEFENDER

/s/ Adam B. Allen
Adam B. Allen, Esq.
Assistant Federal Defender
Florida Bar No. 0998184
Federal Public Defender's Office
400 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Adam_Allen@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of August 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Jay Trezevant
AUSA Adam Duso

*/s/ Adam B. Allen*
Adam B. Allen, Esq.
Assistant Federal Defender
