UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:24-cr-165-CEH-SPF

MARCO GAUDINO

### JOINT NOTICE OF FILING REGARDING RESTITUTION IN THIS CASE

On April 22, 2024, defendant Gaudino, pursuant to a plea agreement with the United States, pleaded guilty to Count One of an Information charging him with engaging in a conspiracy from in or around February 2022, and continuing through May 2023, to commit violations of the Computer Fraud and Abuse Act (18 U.S.C. § 1030(a)(2)(C)) and the Wiretap Act (18 U.S.C. § 2511(1)(a) and (c)), all in violation of 18 U.S.C. § 371. Docs. 1 and 9.

This Court convened a sentencing hearing in this case on August 6, 2025. Doc. 57. During that hearing, the Court pronounced sentence as to the defendant but, at the parties' request, deferred ordering a specific amount of restitution to be due and owing by the defendant to the two identified victims, StreamCo Inc. and Network #1.[1] This was done so that the parties could attempt to determine a reasonable estimate of the losses and expenses incurred by the victims in this case. The Court then scheduled a restitution hearing for Tuesday, October 28, 2025. *Id.*

---

[1] StreamCo Inc. and Network #1 are identified within the final Presentence Investigative Report. *See* Doc. 49 at ¶¶ 16-19 and 92.

The United States and defendant Marco Gaudino, through counsel, AFPD Adam Allen, hereby notify this Court that the parties join and agree that the amount of restitution to be paid to StreamCo Inc. and Network #1 is as follows:

StreamCo Inc.    $789,660, and
Network #1       $474,359.

The United States has conferred with counsel representing both StreamCo Inc. and Network #1 and has been informed that, for this case and without waiving any rights or arguments in any other cases or proceedings, the entities concur with the amounts listed herein.

A copy of this filing has been reviewed by AFPD Adam Allen prior to filing.

    Respectfully submitted,

    GREGORY W. KEHOE
    United States Attorney

By:   */s/ Jay G. Trezevant*
    Jay G. Trezevant
    Assistant United States Attorney
    Florida Bar No. 0802093
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone:  (813) 274-6000
    Facsimile:   (813) 274-6358
    E-mail: jay.trezevant@usdoj.gov

    */s/ Adam J. Duso*
    Adam J. Duso
    Assistant United States Attorney
    Florida Bar No. 1026003
    400 N. Tampa Street, Suite 3200
    Tampa, Florida 33602-4798
    Telephone:  (813) 274-6000
    Facsimile:   (813) 274-6358
    E-mail: adam.duso@usdoj.gov

U.S. v. Marco Gaudino                                    Case No. 8:24-cr-165-CEH-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

  Adam Allen, AFPD

*/s/Jay G. Trezevant*
Jay G. Trezevant
Assistant United States Attorney
