| PROB 22<br>(Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | TRANSFER OF JURISDICTION | 8:24-cr-165-CEH-SPF |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:26-CR-00053-LK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Middle District of Florida | DIVISION<br>Tampa |
|---|---|---|
| Marco Gaudino<br>███████████████ | NAME OF SENTENCING JUDGE<br>The Honorable Charlene Edwards Honeywell | |

| | DATES OF PROBATION | FROM | TO |
|---|---|---|---|
| | | 08/06/2025 | 08/05/2030 |

**OFFENSE**

Conspiracy to Commit Acts Against the United States - 18 U.S.C. § 371

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Family, Residence, Prosocial Ties, and Employment.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Florida___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer named above be transferred with the records of this Court to the United States District Court for the ___Western District of Washington___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___March 20, 2026___
*Date*

___Charlene Edwards Honeywell___
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Washington___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___March 27, 2026___
*Effective Date*

___Lauren King___
*United States District Judge*