**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                    **Case No. 8:24-cr-165-CEH-SPF**

**MARCO GAUDINO**

_____/

**<u>UNOPPOSED MOTION TO MODIFY TERMS OF PROBATION</u>**

**COMES NOW**, the Defendant, MARCO GAUDINO, through undersigned counsel and pursuant to Federal Rules of Criminal Procedure Rule 32.1(c) and 18 U.S.C. §3563(c) moves this Honorable Court for its order modifying the terms of his probation to impose 150 hour of community service and terminate his remaining term of home detention. As grounds in support, Mr. Gaudino shows:

1.      On August 6, 2025, Mr. Gaudino, who is on the Autism Spectrum was sentenced by this Court to a five-year term of probation with a special condition he serve 12 months of home detention.  Doc. 61.

2.      To date Mr. Gaudino has successfully completed approximately 8 months of his ordered 12 months of home detention.  While on probation Mr. Gaudino has complied with all his conditions of supervision including but not limited to maintaining part-time employment at a large electronics retailer and participating in autism spectrum disorder related mental health treatment.

3.       As detailed in the attached, Under Seal, Letter dated February 26,

2026, from Mr. Gaudino's Treatment Provider, having Mr. Gaudino's continue to participate in home detention is detrimental to the significant progress Mr. Gaudino has made in addressing his autism spectrum disorder. *See* Under Seal Attachment A.

4.    As suggested by Mr. Gaudino's treatment provider substituting the remaining 4 months of Mr. Gaudino's home detention with community service hours will serve as a more effective, prosocial, and developmentally appropriate punitive sanction by helping Mr. Gaudino build real-world social skills, strengthen community ties, practice emotional regulation in a supportive environment, and contribute meaningfully to his community in a way that reinforces his growing sense of responsibility and accountability.  *See* Attachment A.

5.    In anticipation of the Court's granting Mr. Gaudino's requested modification he has identified the following locations where he can perform community service hours: (1) MSC Food Bank, (2) El Centro de La Raza (Community Outreach Program), and (3) Habitat for Humanity Thrift Store.

6.    It is respectfully requested that in leu of Mr. Gaudino completing the remaining 4 months of home detention that his conditions of probation be modified to require him to complete 150 hours of community service within six months of the Court's order modifying his conditions of probation at a rate of at least 25 hours per month.

7.    Undersigned counsel has consulted with Assistant United States

2

Attorney Jay Trezevant, who represents the government, and he has advised that the government has no objection to the relief requested by Mr. Gaudino.

## **MEMORANDUM OF LAW**

Federal Rules of Criminal Procedure 32.1(c) and 18 U.S.C. §3563(c) authorize this Court to modify a defendant's term of probation without a hearing where the defendant waives the hearing, the relief sought is favorable to the defendant and does not extend the term of supervision, and the government has had a reasonable opportunity to object to the modification.  Here, Mr. Gaudino waives his right to a hearing, the requested modification is favorable to him, and the Government does not oppose the modification.

**WHEREFORE**, the Defendant, MARCO GAUDINO, respectfully moves this Honorable Court to modify the terms of his probation by imposing a condition that he complete 150 hours of community service hours at a rate of at least 25 hours per month within six months of the Court's order modifying his conditions of probation and terminating the remain term of his home detention.

DATED this 1st day of April 2026.

Respectfully submitted,

CHARLES L. PRICHARD, JR
FEDERAL DEFENDER

*/s/ Adam B. Allen*
Adam B. Allen
Assistant Federal Public Defender
Florida Bar No.0998184
400 North Tampa Street
Suite 2700
Tampa, Florida 33602
Telephone:   (813) 228-2715
Facsimile:    (813) 228-2562
Email:  adam_allen@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of April 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Jay Trezevant

*/s/ Adam B. Allen*
Adam B. Allen
Assistant Federal Public Defender